UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nicholas Olson,

          Plaintiff,

v.

Thomas Roy, et al.,

          Defendants.

Case No. 19-cv-453-SRN-KMM

ORDER

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated June 27, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

1. The June 27, 2019 Report and Recommendation [ECF No. 10] is **ADOPTED**.

2. This matter is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) as follows:

    a. Plaintiff's claim that the terms of his unconditional release requiring compliance with sex offender treatment is a violation of

his constitutional rights is **DISMISSED WITHOUT PREJUDICE**.

    b.    All other claims are **DISMISSED WITH PREJUDICE**.

3.    Plaintiff's application to proceed *in forma pauperis* [ECF No. 5] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: July 18, 2019                    s/Susan Richard Nelson
                                          SUSAN RICHARD NELSON
                                          United States District Court Judge